Burglary, second degree.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 864

**Birtrue Malcolm (alias) MURPHREE v. STATE.**
**6 Div. 966.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 916

**Willie D. NAPPER v. STATE.**
**6 Div. 210.**

Court of Appeals of Alabama.
Feb. 20, 1951.

Appeal from Circuit Court, Jefferson. County; Alta L. King, Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 919

**R. E. NELMS v. STATE.**
**8 Div. 778.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from County Court, Jackson County; John K. Thompson, Judge.

Reckless driving.

HARWOOD, Judge.

Affirmed; remanded for proper sentence in accordance with Code 1940, Tit. 15, § 342.

47 So.2d 924

**Sellie P. NESMITH v. STATE.**
**8 Div. 824.**

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Circuit Court, Lawrence County; Newton B. Powell, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

49 So.2d 926

**H. H. (alias Henry) NEWELL v. STATE.**
**6 Div. 89.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

47 So.2d 925

**Hugh Wallace NEWTON v. STATE.**
**8 Div. 909.**

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Morgan County; Newton B. Powell, Judge.

Burglary, second degree.

700

E. C. Nix, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 92.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 93.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 94.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 95.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 96.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 97.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 37

### David NOAH v. STATE.
### 5 Div. 295.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.